# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Pratt & Whitney, a division of United ) ASBCA No. 60429
  Technologies Corp. )
)
Under Contract No. HQ0006-08-C-0044 )

APPEARANCE FOR THE APPELLANT:    Emily C.C. Poulin, Esq.
    Associate General Counsel,
    Military Engines

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Cara A. Wulf, Esq.
    Stephen R. Dooley, Esq.
    Trial Attorneys
    Defense Contract Management Agency
    Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 22 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60429, Appeal of Pratt & Whitney, a division of United States Technologies Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
